## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LAZARIUS PEP LEVINGSTON,

    Plaintiff,

vs.

BUCCANEERS LIMITED PARTNERSHIP, d/b/a Tampa Bay Buccaneers, a Delaware Limited Partnership, and MIKE GREENBERG, an individual,

    Defendants.
_____/

CASE NO. 8:18-CV-00262-VMC-JSS

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a), Defendants Buccaneers Limited Partnership and Mike Greenberg hereby provide notice to the Court that the parties have reached a settlement in this action.

Dated: February 20, 2018

    Respectfully submitted,

    /s/ *Reed L. Russell*
    Reed L. Russell
    Florida Bar No. 0184860
    Phelps Dunbar LLP
    100 South Ashley Drive, Suite 1900
    Tampa, FL 33602
    Telephone: (813) 472-7550
    Facsimile: (813) 472-7570
    reed.russell@phelps.com

    -and-

        Daniel L. Nash (*pro hac vice*)
        Stacey R. Eisenstein (*pro hac vice*)
        M. Elizabeth England (*pro hac vice*)
        Akin Gump Strauss Hauer & Feld LLP
        1333 New Hampshire Avenue, NW
        Washington, DC 20036-1564
        Telephone: (202) 887-4000
        Facsimile: (202) 887-4288
        dnash@akingump.com
        seisenstein@akingump.com
        eengland@akingump.com

        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of February, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and furnished a true and correct copy of the foregoing by electronic mail and regular U.S. Mail to:

    Eric M. Tinstman, Esq.
    The Tinstman Law Firm, P.A.
    2665 South Bayshore Drive – Suite 601
    Grand Bay Plaza
    Miami, Florida 33133
    Eric@TheTintsmanLawFirm.com

    Attorney for Plaintiff

        /s/  Reed L. Russell
           Reed L. Russell